**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**HERIBERTO BAJO-RAMIREZ,**

    **Plaintiff,**

v.                                                                No. CV 09-0598 WJ/LAM

**SIX UNKNOWN AGENTS, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff Heriberto Bajo-Ramirez filed a *Civil Right[s] Action Under 42 [U.S.C. §] 1983 (Doc. 1)* on June 17, 2009.  The Court determines that this document is deficient as described in this order.  Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

    X   No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed *In Forma Pauperis* Pursuant to 28 U.S.C. § 1915:**

(1)    X     is not filed
(2)    __     is missing affidavit
(3)    __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __     is missing required financial information
(5)    __     is missing an original signature by the prisoner
(6)    __     is not on proper form (must use current form)
(7)    __     names in caption do not match names in caption of complaint, petition or habeas application
(8)    __     An original and a copy have not been received by the Court.  Only an original has been received.
(9)    __     other _____

**III. Complaint, Petition or Application**:

(1)    __     is missing
(2)    __     is not on proper form (must use our form Rev. 5/96)

(3)    X    is missing an original signature by the prisoner
(4)    __    is missing page nos. __
(5)    __    uses et al. instead of listing all defendants/respondents
(6)    __    An original and a copy have not been received by the Court.  Only an original has been received.
(7)    __    Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8)    __    names in caption do not match names in text
(9)    __    other _____

**IT IS THEREFORE ORDERED** that Plaintiff must cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which Plaintiff files in response to this order must include the civil action number (CV 09-0598 WJ/LAM) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in **dismissal** of this action without further notice.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this order, the following forms:  2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificate.

**IT IS FURTHER ORDERED** that, **if Applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**